**Charles William KING, III, Plaintiff–Appellant,**

v.

**William O. FILBERT, Warden of the Maryland Correctional Institution; Maryland Correctional Institution—Jessup Medium Security Level, Defendants–Appellees.**

No. 01–6187.

United States Court of Appeals, Fourth Circuit.

Submitted March 22, 2001.

Decided March 30, 2001.

---

* We note that Skipwith may be able to file a motion in the district court pursuant to Federal Rule of Civil Procedure 60(b).

Charles William King, III, pro se.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Charles William King, III, a former Maryland inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint under 28 U.S.C.A. § 1915(e) (West Supp.2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See King v. Filbert,* No. CA–01–68–AMD (D.Md. Jan. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*